# United States Court of Appeals for the Federal Circuit

## E R R A T A

### November 17, 2005

Appeal No. 05-1020, <u>Sorensen v ITC</u>

Precedential Opinion

Decided  October 31, 2005

Page 2, line 7, delete "domestic injury and insert "infringement"

Page 2, line 10, delete "on infringement and injury" and insert "as appropriate."

Page 10, line 7,   delete "district court's" and insert "Commission's"